UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL-JOHN FREDERICK MAIER ,

Plaintiff,

v.

DEAN MASON, et al.,

Defendants.

CASE NO. 3:26-cv-06186-JHC-BAT

**ORDER OF DISMISSAL**

Having reviewed, *de novo*, the Report and Recommendation (Dkt. 4), and the rest of the file, the Court finds and ORDERS:

(1) No objection to the Report and Recommendation was filed. The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice.

(3) The Clerk shall provide Plaintiff a copy of this Order.

Dated this 18th day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge